QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE DEJESUS ROSAS-MANCILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-04-395-GEB |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| JOSE DEJESUS ROSAS-MANCILLA, | ) | Date: April 22, 2005 |
| Defendant. | ) | Time: 9:00 a.m. |
| | | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of April 15, 2005 shall be vacated and a status conference scheduled for April 22, 2005 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

1    April 22, 2005, should be excluded in computing the time within which

2    trial must commence under the Speedy Trial Act, pursuant to Title 18

3    U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

4    DATED:  April 19, 2005.              Respectfully submitted,

5                                        QUIN DENVIR
                                         Federal Public Defender
6

7
     DATED:  April 19, 2005.             /s/ MARK J. REICHEL_____
8                                        MARK J. REICHEL
                                         Assistant Federal Defender
9                                        Attorney for Defendant

10
                                         McGREGOR SCOTT
11                                       United States Attorney

12

13   DATED:  April 19, 2005.             /s/ MARK J. REICHEL for___
                                         JASON HITT
14                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
15

16                              **O R D E R**

17        **IT IS SO ORDERED.**   Time is excluded and the hearing continued in

18   the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and

19   Local Code T4.

20   Dated:  April 19, 2005

21
                                         /s/ Garland E. Burrell, Jr.
22                                       GARLAND E. BURRELL, JR.
                                         United States District Judge
23

24

25

26

27

28

Stip and Order                    2