QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE DEJESUS ROSAS-MANCILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.S-04-395-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| | ) | |
| JOSE DEJESUS ROSAS-MANCILLA, | ) | |
| | ) | Date: September 30, 2005 |
| Defendant. | | Time: 9:00 a.m. |
| _____ | | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of September 23, 2005 shall be vacated and a status conference scheduled for September 30, 2005 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

September 30, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 22, 2005                    Respectfully submitted,

                                                      QUIN DENVIR
                                                      Federal Public Defender

DATED: September 22, 2005                    /s/ MARK J. REICHEL
                                                      MARK J. REICHEL
                                                      Assistant Federal Defender
                                                      Attorney for Defendant

                                                      McGREGOR SCOTT
                                                     United States Attorney

DATED: September 22, 2005                    /s/ MARK J. REICHEL for
                                                      MICHAEL BECKWITH
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth--herein above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  September 23, 2005

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge