QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE DEJESUS ROSAS-MANCILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>             Plaintiff,              )<br>                                     )<br>        v.                           )<br>                                     )<br>                                     )<br>                                     )<br> JOSE DEJESUS ROSAS-MANCILLA,        )<br>                                     )<br>             Defendant.              )<br> _____ | NO. CR.S-04-395-GEB<br><br>**AMENDED<br>STIPULATION AND ORDER;<br>EXCLUSION OF TIME**<br><br>Date: October 7, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the change of plea hearing date of September 30, 2005 shall be vacated and a status conference scheduled for October 7, 2005 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

October 7, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 29, 2005                    Respectfully submitted,

                                             QUIN DENVIR
                                             Federal Public Defender


DATED: September 29, 2005                    /s/ MARK J. REICHEL
                                             MARK J. REICHEL
                                             Assistant Federal Defender
                                             Attorney for Defendant


                                             McGREGOR SCOTT
                                             United States Attorney


DATED: September 29, 2005                    /s/ MARK J. REICHEL for
                                             MICHAEL BECKWITH
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth--herein above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED:  September 30, 2005

                                             /s/ Garland E. Burrell, Jr.
                                             GARLAND E. BURRELL, JR.
                                             United States District Judge

Stip and Order                               2