QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE DEJESUS ROSAS-MANCILLA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-04-395-GEB |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER; EXCLUSION OF TIME** |
| JOSE DEJESUS ROSAS-MANCILLA, | ) | Date: October 21, 2005 |
| Defendant. | ) | Time: 9:00 a.m. |
| | | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the change of plea hearing date of October 14, 2005 shall be vacated and a status conference scheduled for October 21, 2005 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

1   October 21, 2005, should be excluded in computing the time within which

2   trial must commence under the Speedy Trial Act, pursuant to Title 18

3   U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

4   DATED: October 17, 2005                 Respectfully submitted,

5                                            QUIN DENVIR
                                             Federal Public Defender
6

7
    DATED:  October 17, 2005                 /s/ MARK J. REICHEL
8                                            MARK J. REICHEL
                                             Assistant Federal Defender
9                                            Attorney for Defendant

10
                                             McGREGOR SCOTT
11                                           United States Attorney

12

13  DATED: October 17, 2005                  /s/ MARK J. REICHEL for
                                             MICHAEL BECKWITH
14                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff
15

16                          **O R D E R**

17       **IT IS SO ORDERED.** Time is excluded and the hearing continued on

18  the dates and upon the grounds set forth--herein above in the interests

19  of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code

20  T4.

21  Dated:  October 17, 2005

22
                                  /s/ Garland E. Burrell, Jr.
23                                GARLAND E. BURRELL, JR.
                                  United States District Judge
24

25

26

27

28

Stip and Order                    2