**FILED**
June 15, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>           Plaintiff,                           )<br>v.                                                        )<br>                                                           )<br>JOSE DEJESUS ROSAS-MANCILLA, )<br>                                                           )<br>           Defendant.                         ) | CASE NUMBER: 2:04-cr-00395 GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Jose DeJesus Rosas-Mancilla ; Case 2:04-cr-00395 GEB from custody for the following reasons:

　　　　　__   Release on Personal Recognizance

　　　　　__   Bail Posted in the Sum of _____

　　　　　__   Unsecured Appearance Bond in the amount of

　　　　　__   Appearance Bond with 10% Deposit

　　　　　__   Appearance Bond secured by Real Property

　　　　　__   Corporate Surety Bail Bond

　　　　　X    (Other) Release to the custody of Immigrations and Customs Enforcement.

Issued at Sacramento, CA on   6/15/2011   at   3:40 pm.

By _____
Kendall J. Newman
United States Magistrate Judge